**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANNIE NEWMARK, | ) Case No.: 10-CV-05032-LHK |
| Plaintiff, | ) |
| v. | ) ORDER SETTING BRIEFING |
| | ) SCHEDULE REGARDING FEBRUARY |
| GOOD SAMARITAN HOSPITAL, et al., | ) 10, 2011 MOTION HEARING |
| Defendants. | ) |

On November 16, 2010, this case was reassigned to this Court. Federal Defendants' motion to dismiss was then re-noticed for a hearing date of February 10, 2011. *See* Dkt. #15. The Court finds it appropriate to order expedited briefing on this motion. Accordingly, Plaintiff's opposition or statement of non-opposition is due by Friday, January 7, 2011. Any reply is due by Wednesday, January 19, 2011.

**IT IS SO ORDERED.**

Dated: December 6, 2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge