1  David Sheuerman SB#78132
   Julie C. Gavery SB#200743
2  SHEUERMAN, MARTINI & TABARI
   A Professional Corporation
3  1033 Willow Street
   San Jose, California  95125
4  [408] 288-9700 Telephone
   [408] 295-9900 Facsimile
5  Email: dsheuerman@smtlaw.com

6  Attorney for Defendant,
   ANNU NAVANI, M.D.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 | AMIE NEWMARK, individually and as           ) CIVIL Action No. 10-CV-05032 LHK
   | guardian ad litem for Christian Newmark and )
12 | Andrew Newmark,                             )
   |                                             )
13 |                Plaintiffs,                  ) **NOTICE OF APPEARANCE**
   |                                             ) **BY COUNSEL FOR DEFENDANT**
14 |     v.                                      ) **ANNU NAVANI, M.D.**
   |                                             )
15 | GOOD SAMARITAN HOSPITAL, KAISER             )
   | MEDICAL CENTER, SAN JOSE MENTAL             )
16 | HEALTH, HEALING TOUCH                       )
   | ACUPUNCTURE, MORE PHYSICAL                  )
17 | THERAPY, GORDON WALKER, MD, DR.             )
   | EMEKA NCHEKWUBE, DR. ANNU                   )
18 | NAVANI, and Does 1-20,                      )
   |                                             )
19 |                Defendants.                  )
   |_____)
20

21     NOTICE IS HEREBY GIVEN that defendant ANNU NAVANI, M.D. is represented in the

22 above-referenced case by David Sheuerman, Esq., Sheuerman, Martini & Tabari, 1033 Willow

23 Street, San Jose, CA 95125, telephone (408) 288-9700, facsimile (408) 295-9900, Email:

24 dsheuerman@smtlaw.com.  Counsel respectfully requests this court update the case service list to

25 include email notifications for all future proceedings in this matter.

26 Dated: December 17, 2010.            SHEUERMAN, MARTINI & TABARI

27                                      By_____
                                           DAVID SHEUERMAN
28                                         Attorneys for Defendant,
                                           ANNU NAVANI, M.D.

                                        1
NOTICE OF APPEARANCE BY COUNSEL FOR DEFENDANT ANNU NAVANI, M.D.

CASE NAME: Amie Newmark, et al. v. Good Samaritan Hospital, et al.
U.S.D.C. COURT ACTION NO. 10-CV-05032 LHK

PROOF OF SERVICE
[CCP §§ 1012.5, 1013a and 2015.5; CRC 2008]

    I am a citizen of the United States. My business address is 1033 Willow Street, San Jose, CA 95125. I am employed in Santa Clara County where this service occurred. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing and facsimile. In the case of mailing [other than overnight delivery], the practice is that correspondence is deposited in the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

    On December 17, 2010, I served the within **NOTICE OF APPEARANCE BY COUNSEL FOR DEFENDANT ANNU NAVANI, M.D.** on the PARTIES in said action as follows:

**Counsel for Plaintiffs:**
Anthony H. Santucci, Esq.
1459 18th Street, PMB 210
San Francisco, CA 94107
(408) 499-5168
Fax: (415) 643-1362

**Counsel for Emeka Nchekwube, M.D.:**
D. Stuart Candland, Esq.
Craddick, Candland & Conti
915 San Ramon Valley Blvd. #260
Danville, CA 94526-4020
(925) 838-1100
Fax (925) 743-0729
Email: scandland@ccclawfirm.com

**Counsel for W. Gordon Walker, Jr., M.D.:**
Robert M. Slattery, Esq.
McNamara, Ney, Beatty, Slattery, Borges & Brothers LLP
1211 Newell avenue
Post Office Box 5288
Walnut creek, CA 94596
(925) 939-5330
(925) 939-0203

**Counsel for Kaiser Foundation Hospitals and
The Permanente Medical Group, Inc.:**
George E. Clause, Esq.
Hayes, Scott, Bonino, Ellingson & McLay, LLP
203 Redwood Shores Pkwy. #480
Redwood City, CA 94065
(650) 637-9100
Fax (650) 637-8071

| | |
|---|---|
| 1 | **Counsel for Federal Defendants,** |
| | **United States of America and** |
| 2 | **VA San Jose Clinic (improperly named as Defendant San Jose Mental Health):** |
| | Melinda Haag, Esq. |
| 3 | United States Attorney |
| | Joann M. Swanson, Esq. |
| 4 | Chief Civil Division |
| | Michael T. Pyle, Esq. |
| 5 | Assistant United States Attorney |
| | 450 Golden Gate Avenue, 9th Floor |
| 6 | San Francisco, CA 94102 |
| | (415) 436-7322 |
| 7 | Fax (415) 436-6748 |
| | Email: michael.t.pyl@usdoj.gov |
| 8 | |
| | Good Samaritan Hospital |
| 9 | 2425 Samaritan Drive |
| | San Jose, CA 95124 |
| 10 | |
| | Healing Touch Acupuncture |
| 11 | 2340 Harris Way |
| | San Jose, CA 95131 |
| 12 | |
| | More Physical Therapy |
| 13 | 800 Embedded Way #80 |
| | San Jose, CA 95138 |
| 14 | |
| 15 | __X__ (BY MAIL) I caused a true copy of each document identified above to be placed in a sealed envelope with first-class postage affixed. Each such envelope was deposited for collection and mailing that same day in the ordinary course of business in the United States mail at San Jose, California. |
| 16 | |
| 17 | _____ (BY PERSONAL SERVICE) I caused a true copy of each document identified above to be delivered by hand to the offices of each addressee above. |
| 18 | |
| 19 | _____ (BY OVERNIGHT DELIVERY) I caused a true copy of each document identified above to be sealed in an envelope to be delivered to an overnight carrier with delivery fees provided for, addressed of each addressee above. |
| 20 | |
| 21 | _____ (BY FACSIMILE SERVICE) I caused each of the above-named documents to be delivered by facsimile transmission to the office at each fax number noted above at __ .m., by use of facsimile machine telephone number (408) 295-9900. The facsimile machine used complied with CRC §2003(3), and no error was reported by the machine. A copy of the transmission record is attached to this declaration. |
| 22 | |
| 23 | |
| 24 | _____ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |
| 25 | |
| 26 | __X__ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |
| 27 | _____ |
| | Joy Bertrand |
| 28 | |